IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MITCHELL KIETH COLLINS,** | CASE NO. 7:14CV00507 |
| **Plaintiff,** | |
| v. | **FINAL ORDER** |
| **VIRGINIA DEPARTMENT OF CORRECTIONS, *ET AL.*,** | By: Norman K. Moon<br>United States District Judge |
| **Defendant(s).** | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

**ENTER**: This __15th__ day of April, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE